1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12  PHSHANE MARSTON,

13              Plaintiff,

14        v.

15  JESSE REESE, CORRECTIONS
    OFFICER MARY BRONGIL,
16  DANNIELLA (CLINE) HAMLING,
    JOHN DOE #1 (SHIFT SERGEANT),
17  and DAVID TITUS (JOHN DOE # 2),

18              Defendants.

CASE NO. C13-5516 RBL-KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

19

20        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

21

does hereby find and **ORDER**:

22

        1)      The Court adopts the Report and Recommendation.

23

24

2)      The Court dismisses this action without prejudice pursuant to plaintiff's motion for voluntary dismissal.  Plaintiff will still be charged the full filing fee.  The Court denies all other pending motions are denied.

3)      The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 14th day of May, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2